█ In the Matter of LAWRENCE M. VOLL, Appellant, v TERRASA A. VOLL, Respondent. [639 NYS2d 769]

Present—Green, J. P., Pine, Fallon, Callahan and Boehm, JJ.